IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRAVIS REGENSBERG,

    Plaintiff,

v.                                                                No. 15-cv-0287 MCA/SMV

RAY BACA, SHANNON MURDOCK,
MATHEW ROMERO, AMANDA S. LOPEZ,
JESUS L. LOPEZ, ERIC MASCARENAS,
and JOHN DOES 1–4,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiff filed his Complaint against Defendants on April 10, 2015.  [Doc. 1].  Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint, or until August 10, 2015, to effect service of process.  To date, there is no indication on the record that service of process has been effected with respect to the Defendant Eric Mascarenas.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why his claims against Defendant Eric Mascarenas should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995).  Plaintiff shall file his response within 21 days of entry of this Order.

**IT IS SO ORDERED.**

                                                                  **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**