IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRAVIS REGENSBERG,

    Plaintiff,

v.                                                        No. 15-cv-0287 MCA/SMV

RAY BACA, SHANNON MURDOCK,
MATHEW ROMERO, AMANDA S. LOPEZ,
JESUS L. LOPEZ, ERIC MASCARENAS,
and JOHN DOES 1–4,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    October 7, 2015, at 9:30 a.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **October 7, 2015, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.